# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 29, 2011

141908

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

KIM TERLIKOWSKI, Personal
Representative of the Estate of
DENISE MARIE DURFEE, Deceased,
        Plaintiff-Appellee,

v

THOMAS M. PINSON, D.O. and CITY
MEDICAL, P.C.,
        Defendants-Appellants.
_____/

SC:  141908
COA:  296555
Wayne CC:  09-024394-NH

On order of the Court, the application for leave to appeal the July 22, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 29, 2011

h0622

_Corbin R. Davis_
Clerk